CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
01/15/2019
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

ANDREW H.,
    *Plaintiff,*

v.

NANCY A. BERRYHILL
Acting Commissioner of Social Security,
    *Defendant.*

CASE NO. 6:17-cv-00061

**O R D E R**

Before the Court are cross Motions for Summary Judgment (dkts. 14 & 16), and the Report & Recommendation of U.S. Magistrate Judge Robert S. Ballou (dkt. 21, "R&R"). Under Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), I referred this matter to Judge Ballou for a recommended disposition. The Court ordered that any objections be filed by January 11, 2019. After review of the record, and no objections having been filed to the R&R by the deadline, I will adopt the R&R. Accordingly:

1. The R&R of August 15, 2018, is hereby **ADOPTED** in its entirety;

2. Plaintiff's Motion for Summary Judgment (dkt. 14) is hereby **GRANTED**;

3. Defendant's Motion for Summary Judgment (dkt. 16) is hereby **DENIED**;

4. This case is **REMANDED** for further consideration by the Administrative Law Judge;

5. The Clerk is directed to send a copy of this Order to counsel.

Entered this 15th day of January, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE